| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | DANIEL J. FURNISS (State Bar No. 73531) |
| 2 | 379 Lytton Avenue |
| | Palo Alto, California 94301 |
| 3 | Telephone: (650) 326-2400 |
| | Facsimile: (650) 326-2422 |
| 4 | |
| | Attorneys for Plaintiffs |
| 5 | Colmar Properties, LLC |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COLMAR PROPERTIES, LLC., | Case No. 2:06-CV-02043-LKK-EFB |
| Plaintiffs | **JOINT STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Plaintiff Colmar Properties, LLC ("Colmar") and Defendant Commissioner of the Internal Revenue Service ("IRS") hereby stipulate and agree, through their respective counsel, that this lawsuit shall be dismissed without prejudice, with each party bearing its own costs and attorney's fees.

DATED:  3/4/09             Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By:  /s/ Daniel J. Furniss
     Daniel J. Furniss
     Attorney for Colmar Properties, LLC

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: 3/10/09

                              By:  /s/ Justin S. Kim
                                   Justin S. Kim
                                   Trial Attorneys, Tax Department
                                   United States Department of Justice
                                   Attorneys for the United States of America, the Real-
                                   Party-in-Interest

IT IS SO ORDERED


DATED:   March 17, 2009.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com